█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
DUDLEY EDWARDS, Appellant.

Defendant's guilt was proven beyond a reasonable doubt and
there is no reason to disturb the evaluation of credibility made

by the jury *(see, People v Gruttola,* 43 NY2d 116). Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.